UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In Re: | : | |
| BANGALEE, INC. | : | |
| | : | CASE NO. 06-10531 |
| | : | (Chapter 7) |
| | : | |
| Debtor(s) | : | |

## TRUSTEE'S FINAL REPORT AND
## PROPOSED DISTRIBUTION TO CREDITORS

The Chapter 7 petition commencing this case was filed on 05/24/06.

The trustee certifies that the balance of the estate's account at BANK OF AMERICA, Bank Account No. 3758496248, is $42,685.21. This balance includes all interest earned. As of the filing of this Final Report, all monies remain in an interest bearing account.

All property of the estate, except that claimed exempt by the debtor(s), (without objection, or determined by the Court as exempt) has been inventoried, collected, and liquidated. (See Form I, which contains an inventory of the estate.) Any property not heretofore abandoned is now abandoned by the trustee and is scheduled on the attached application to Abandon Property.

The trustee has examined the proofs of claim and objected to the allowance of any claim that is improper. All objections to claims of creditors made by the trustee have been either heard and determined by the Court or are pending before the Court. (See attachment)

The trustee's Application for Compensation and Reimbursement of Expenses which shows the computation of such compensation is attached. Applications for Approval of Compensation and Expenses of Professional Persons have been filed with the Court and the Office of the United States Trustee.

Having administered the debtor(s)' estate as herein before stated, the trustee reports to the court as follows:

SUMMARY OF ACCOUNT AS OF FEBRUARY 1, 2007

1.      Total funds/receipts (See Form II)                                    $56,250.67

2.      Less actual disbursements to date                                     $13,565.46

    a.      Separately show exemptions actually
        paid debtors                                                          $

3.      Amount now available for distribution                                 $42,685.21

4.      Proposed Disbursements

    a.      For secured claims                                            $0.00

    b.      For administrative expenses

        (1)   Trustee's fee                                       $ 6,062.53

        (2)   Trustee's expenses                                  $ 84.50

        (3)   Other Professionals for Trustee                     $ 2,678.30

        (4)   Other Chapter 7                                     $ 0.00

        (5)   Other Chapters                                      $ 0.00

    c.      For priority claims                                           $2,196.42

    d.      For unsecured claims                                          $31,663.46

    e.      Other: (list)                                                 $

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

WHEREFORE, the undersigned requests the United States Trustee for Eastern Virginia to approve this report and account and requests the court to provide for notice and opportunity for a hearing under 11 U.S.C. section 330(a), 502(b), 503(b) and 554 and, thereafter, to rule on any objections to proofs of claim filed by the trustee, to rule on any disputed matters, to award final compensation and reimbursement of expenses and to authorize final distribution to claims, administrative expenses and other payments stated in this final report and account.

Dated: 02/02/0007                              /s/ Richard A. Bartl
                                               RICHARD A. BARTL
                                               700 S. Washington Street, #216
                                               Alexandria, VA  22314
                                               (703) 549-5000

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In Re:                                          :
BANGALEE, INC.                                  :
                                                :    CASE NO. 06-10531
                                                :    (Chapter 7)
                                                :
        Debtor(s)                               :

_____

**TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**
_____

        RICHARD A. BARTL, trustee of the estate of the above-named debtor(s), certifies to the court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

        Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.


                                        /s/ Richard A. Bartl
                                        Trustee

_____


REVIEW BY UNITED STATES TRUSTEE

        I have reviewed the Trustee's Final Report and Proposed Distribution.

                                        United States Trustee

                                        By: /s/ Jack Frankel

**FORM 1**

Case 06-10531-RGM  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Doc 29  Filed 04/12/07  Entered 04/12/07 19:24:39  Desc Main

ASSET CASES

Document  Page 4 of 11

Page:  1

| Case No: | 06-10531 | RGM | Judge: ROBERT G. MAYER | | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|---|---|---|
| Case Name: | BANGALEE, INC. | | | | Date Filed (f) or Converted (c): | 05/24/06 (f) |
| | | | | | 341(a) Meeting Date: | 06/22/06 |
| For Period Ending: 02/01/07 | | | | | Claims Bar Date: | 09/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 419.00 | 0.00 | OA | 0.00 | FA |
| 2. CHECKING ACCOUNTS | 4,529.58 | 2,200.00 | | 2,208.17 | FA |
| 3. FRANCHISE FEE WITH HOBBYTOWN USA | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 4. STORES FIXTURES | 55,000.00 | 9,500.00 | | 15,175.77 | FA |
| 5. RETAIL INVENTORY | 140,000.00 | 40,000.00 | | 38,629.23 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 237.50 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $  205,948.58   $  51,700.00   $  56,250.67   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  /  /    Current Projected Date of Final Report (TFR):  /  /

LFORM1

Ver: 11.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| Case No: | 06-10531 -RGM |
|---|---|
| Case Name: | BANGALEE, INC. |

| Taxpayer ID No: | *******1857 |
|---|---|
| For Period Ending: | 11/28/06 |

| Trustee Name: | RICHARD A. BARTL |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6248  Money Market - Interest Bearing |

| Blanket Bond (per case limit): | $ 2,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/06 | 2 | SUNTRUST BANK | BALANCE OF DEBTOR'S BANK ACCOUNT | 1129-000 | 2,208.17 | | 2,208.17 |
| 07/18/06 | 4, 5 | N.T. ARRINGTON | SALE PROCEEDS | 1129-000 | 53,805.00 | | 56,013.17 |
| 07/18/06 | 000101 | FAIRFAX COUNTY DEPT. OF TAXATION | SECURED TAX LIEN PAYOFF | 4210-000 | | 5,663.89 | 50,349.28 |
| 07/31/06 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 16.45 | | 50,365.73 |
| 08/24/06 | 000102 | N. T. ARRINGTON  P O BOX 738  GAINESVILLE, VA  20156-0738 | SALES AGENT'S FEES PER ORDER | 3610-000 | | 5,380.50 | 44,985.23 |
| 08/24/06 | 000103 | N.T. ARRINGTON  P O BOX 738  GAINESVILLE, VA 20156-0738 | SALES AGENT'S EXPENSES PER ORDER | 3620-000 | | 2,521.07 | 42,464.16 |
| 08/31/06 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 42.56 | | 42,506.72 |
| 09/29/06 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 34.93 | | 42,541.65 |
| 10/31/06 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 36.14 | | 42,577.79 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 56,143.25 | 13,565.46 | 42,577.79 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 56,143.25 | 13,565.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 56,143.25 | 13,565.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******6248 | 56,143.25 | 13,565.46 | 42,577.79 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 56,143.25 | 13,565.46 | 42,577.79 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          56,143.25          13,565.46

LFORM24

Ver: 11.70a

ANALYSIS OF CLAIMS

CASE STYLE: BANGALEE, INC.

CASE NO: 06-10531

BAR DATE FOR CLAIMS: 09/21/06

CLAIMS REVIEWED BY: RAB

| CLAIM NO. | CREDITOR'S NAME | DATE OF CLAIM | SECURED AND AMOUNT | PRIORITY CLAIM AMOUNT CODES | UNSECURED AND AMOUNT | OBJECTION/DISPOSITION |
|---|---|---|---|---|---|---|
| 000001 | Fairfax County, VA | 07/06/06 | 5,663.89 | | | (1-1) Secured Claim for 2005-06 Personal Property Taxes |
| 000002 | HobbyTown USA Distribution | 07/10/06 | | | 2,137.13 | LORT |
| 000003 | Washington Gas | 07/19/06 | | | 610.30 | acct #3171.453073 |
| 000004 | Kalmbach Publishing Co. | 07/31/06 | | | 762.82 | Goods sold  3/27/06/# 880032787500 |
| 000005 | Internal Revenue Service | 08/08/06 | | 2,196.42 | | (5-1) md |
| 000006 | Gunston Station LLC | 09/25/06 | | | 135,970.77 | Lease for Store Space filed by Debtor's attorney/agent and per Bankruptcy Rule 3005 is timely filed |
| 000007 | Alliance Game Distributors | 09/25/06 | | | 3,000.00 | claim filed by creditor's attorney/agent Per BR 3005 |
| 000008 | Gunston Station LLC | 09/25/06 | | | 1,144,079.45 | Account: GUN HOBBY/Lease Agreement 7/23/04 claimed  filed  late,  is  a duplicate of claim no. 6 to the extent it includes an amount |

for unpaid pre-petition rent (although in a higher amount) and exceeds the amount allowed by §365 for an unexpired lease

| 000009 | VERIZON - BANKRUTPCY DEPT. | 10/31/06 | 993.00 |

**PROPOSED DISTRIBUTION**

Case Number: 06-10531    RGM

Debtor Name: BANGALEE, INC.

Date: February 1, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $42,685.21 |
| | **Claim Type -** | | | | | | | |
| | RICHARD A. BARTL COMPENSATION | Admin | | $6,062.53 | $0.00 | $6,062.53 | $6,062.53 | $36,622.68 |
| | RICHARD A. BARTL EXPENSES | Admin | | $84.50 | $0.00 | $84.50 | $84.50 | $36,538.18 |
| | **Subtotal For Claim Type** | | | $6,147.03 | $0.00 | $6,147.03 | $6,147.03 | |
| | **Claim Type AE - ACCOUNTANT EXPENSES** | | | | | | | |
| | ARTHUR LANDER, CPA | Admin | 025 | $215.80 | $0.00 | $215.80 | $215.80 | $36,322.38 |
| | **Subtotal For Claim Type AE** | | | $215.80 | $0.00 | $215.80 | $215.80 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| | ARTHUR LANDER, CPA | Admin | 025 | $2,462.50 | $0.00 | $2,462.50 | $2,462.50 | $33,859.88 |
| | **Subtotal For Claim Type AF** | | | $2,462.50 | $0.00 | $2,462.50 | $2,462.50 | |
| | Subtotals For Class Administrative   100.00000 % | | | $8,825.33 | $0.00 | $8,825.33 | $8,825.33 | |
| | **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | |
| 000005 | Internal Revenue Service | Priority | 066 | $2,196.42 | $0.00 | $2,196.42 | $2,196.42 | $31,663.46 |
| | **Subtotal For Claim Type UPT** | | | $2,196.42 | $0.00 | $2,196.42 | $2,196.42 | |
| | Subtotals For Class Priority   100.00000 % | | | $2,196.42 | $0.00 | $2,196.42 | $2,196.42 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000002 | HobbyTown USA Distribution | Unsec | 070 | $2,137.13 | $0.00 | $2,137.13 | $474.93 | $31,188.53 |
| 000003 | Washington Gas | Unsec | 070 | $610.30 | $0.00 | $610.30 | $135.63 | $31,052.90 |
| 000004 | Kalmbach Publishing Co. | Unsec | 070 | $762.82 | $0.00 | $762.82 | $169.52 | $30,883.38 |
| 000006 | Gunston Station LLC | Unsec | 070 | $135,970.77 | $0.00 | $135,970.77 | $30,216.69 | $666.69 |
| 000007 | Alliance Game Distributors | Unsec | 070 | $3,000.00 | $0.00 | $3,000.00 | $666.69 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $142,481.02 | $0.00 | $142,481.02 | $31,663.46 | |
| | **Claim Type UL - UNSECURED LATE** | | | | | | | |
| 000008 | Gunston Station LLC | Unsec | 072 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000009 | VERIZON - BANKRUTPCY DEPT. | Unsec | 072 | $993.00 | $0.00 | $993.00 | $0.00 | $0.00 |

Case Number: 06-10531      RGM

Debtor Name: BANGALEE, INC.

Date: February 1, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | **Subtotal For Claim Type UL** | | | $993.00 | $0.00 | $993.00 | $0.00 | |
| | Subtotals For Class Unsecured | 22.06912 % | | $143,474.02 | $0.00 | $143,474.02 | $31,663.46 | |
| | **Claim Type SC - SECURED CLAIMS** | | | | | | | |
| 000001 | Fairfax County, VA | Sec | 999 | $5,663.89 | $0.00 | $5,663.89 | $0.00 | $0.00 |
| | **Subtotal For Claim Type SC** | | | $5,663.89 | $0.00 | $5,663.89 | $0.00 | |
| | Subtotals For Class Secured | 0.00000 % | | $5,663.89 | $0.00 | $5,663.89 | $0.00 | |
| | << Totals >> | | | $160,159.66 | $0.00 | $160,159.66 | $42,685.21 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In Re: | : | |
| BANGALEE, INC. | : | |
| | : | CASE NO. 06-10531 |
| | : | (Chapter 7) |
| | : | |
| Debtor(s) | : | |

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned trustee hereby requests compensation in the amount of $6,062.53 and reimbursement of expenses in the amount of $84.50 for this case. The trustee has, by prior authorization, received $0.00 of such compensation and $0.00 of such expenses.

COMPUTATION OF  COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be                                                     $56,250.67

Pursuant to 11 U.S.C. Section 326, compensation
to the trustee is computed as follows:

(For cases filed after October 22, 1994)

| | | | |
|---|---|---|---:|
| 25% of First | $5,000: | ($1,250 Maximum) | $1,250.00 |
| 10% Up to | $50,000: | ($4,500 Maximum) | $4,500.00 |
| 5% Up to | $1,000,000: | ($47,250 Maximum) | $312.53 |
| 3% In Excess of $1,000,000: | | | $0.00 |
| | | TOTAL COMPENSATION REQUESTED: | $6,062.53 |

TRUSTEE'S EXPENSES (ITEMIZE):

| | |
|---|---:|
| 07/19/06  Postage:  Notice and Application for Compensation of Sales Agent - 25 @ 0.39 | $9.75 |
| 07/19/06 Copying:  Notice and Application for Compensation of Sales Agent -  200 pgs @ 0.20 | $40.00 |
| 03/  /07  Postage: FR Notice -  25 @ 0.39 | $9.75 |
| 03/  /07  Copying: FR Notice - 125 pgs. @ 0.20 | $25.00 |

$84.50

TOTAL REQUESTED FEES AND EXPENSES                                                     $6,147.03

WHEREFORE, the trustee requests this application be approved by the court and that the trustee be awarded $6,062.53 as compensation and $84.50 for reimbursement of expenses. The trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No

agreement or understanding exists between the trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: 02/02/0007                              /s/ Richard A. Bartl
                                               RICHARD A. BARTL
                                               700 S. Washington Street, #216
                                               Alexandria, VA  22314
                                               (703) 549-5000