UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:                                       )
                                             )
BANGALEE, INC.                               )          Case No. 06-10531-RGM
                                             )          Chapter 7
         Debtor(s)                           )

### **ORDER**

UPON APPLICATION of the Trustee and upon recommendation of the United States Trustee,

AND IT APPEARING to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Trustee herein is discharged and the case is closed.


DATE _____            _____
                                  DEPUTY CLERK
                                  United States Bankruptcy Court

                        Entered on docket _____

I ASK FOR THIS:


/s/ Richard A. Bartl
RICHARD A. BARTL, TRUSTEE (VSB #04518)
TYLER BARTL GORMAN & RAMSDELL, PLC
700 S.Washington Street, Suite 216
Alexandria, VA 22314
(703) 549-5000

PARTIES TO RECEIVE COPIES:

RICHARD A. BARTL
700 S. Washington Street, #216
Alexandria, VA  22314

OFFICE OF THE U. S. TRUSTEE
115 S. Union Street, #P210
Alexandria, VA  22314