UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:                                    )
                                          )
BANGALEE, INC.                            )              Case No. 06-10531-RGM
                                          )              Chapter 7
            Debtor(s)                     )

## <u>ORDER</u>

UPON APPLICATION of the Trustee and upon recommendation of the United States

Trustee,

AND IT APPEARING to the Court that nothing further remains to be done in this matter,

it is hereby,

ORDERED that the Trustee herein is discharged and the case is closed.


DATE _Jan. 24, 2008_                      /s/ Marietta Dixon
                                          _____
                                          DEPUTY CLERK
                                          United States Bankruptcy Court

                        Entered on docket _1/24/2008_____

I ASK FOR THIS:


/s/ Richard A. Bartl
RICHARD A. BARTL, TRUSTEE (VSB #04518)
TYLER BARTL GORMAN & RAMSDELL, PLC
700 S.Washington Street, Suite 216
Alexandria, VA 22314
(703) 549-5000

PARTIES TO RECEIVE COPIES:

RICHARD A. BARTL
700 S. Washington Street, #216
Alexandria, VA  22314

OFFICE OF THE U. S. TRUSTEE
115 S. Union Street, #P210
Alexandria, VA  22314

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0422-9          User: dixonm              Page 1 of 1              Date Rcvd: Jan 24, 2008
Case: 06-10531               Form ID: pdforder          Total Served: 1
```

```
The following entities were served by first class mail on Jan 26, 2008.
smg          +UST smg Alexandria,   Office of the U. S. Trustee,   115 South Union Street, Suite 210,
              Alexandria, VA 22314-3361

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2008**                    **Signature:**    _Joseph Speetjens_